Judge Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR16-150RSL |
| Plaintiff, | |
| vs. | ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL DATE AND PRETRIAL MOTIONS DUE DATE |
| KEVIN TERRELL PETERSON, | |
| Defendant. | |

THE COURT has considered the defendant's unopposed motion for a continuance of the trial and the pretrial motions due date. The Court incorporates by reference the facts set forth in the motion and finds that the ends of justice will be served by ordering a continuance in this case; that a continuance is necessary to ensure adequate time for effective case preparation, taking into account the exercise of due diligence; and that these factors outweigh the best interests of the public and the defendant in a speedy trial.

THE COURT further finds that the period of time from the current trial date of July 25, 2016, until the new trial date of October 24, 2016, shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161 *et seq*.

IT IS THEREFORE ORDERED that the trial date in this matter is continued to October 24, 2016, and that pretrial motions shall be filed no later than September 1, 2016.

//

ORDER GRANTING UNOPPOSED
MOTION TO CONTINUE TRIAL DATE AND
PTMs DUE DATE- 1
*USA v. Kevin T. Peterson* / CR16-150RSL

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

1     DONE this 24th day of June, 2016.

                                                                          /s/ Robert S. Lasnik  
                                                                          Robert S. Lasnik  
                                                                          United States District Judge

Presented by:

s/ *Jesse G. Cantor*  
Jesse G. Cantor  
Assistant Federal Public Defender  
Attorney for Kevin T. Peterson

ORDER GRANTING UNOPPOSED  
MOTION TO CONTINUE TRIAL DATE AND  
PTMs DUE DATE- 2  
*USA v. Kevin T. Peterson* / CR16-150RSL

**FEDERAL PUBLIC DEFENDER**  
**1601 Fifth Avenue, Suite 700**  
**Seattle, Washington 98101**  
**(206) 553-1100**