The Hon. Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>KEVIN TERRELL PETERSON,<br><br>Defendant. | NO. CR16-150-RSL<br><br>**ORDER CONTINUING<br>TRIAL DATE** |

Having reviewed the record in this case, the Court hereby finds as follows:

1. Speedy trial in this matter has been tolled pending the resolution of Defendant Peterson's Motion to Suppress Evidence (Dkt. 22) filed on September 1, 2016, and decided December 19, 2016. A total of 106 days are so tolled.

2. The defendant previously waived speedy trial through November 30, 2016. Dkt. 21. The new expiration date is March 16, 2017.

3. The defendant has previously indicated that he wished to enter a stipulated facts agreement to preserve his right to appeal the Court denial of his motion to suppress. After a period of negotiation, the parties have requested that the stipulated facts trial occur on January 19, 2017.

//
//

ORDER CONTINUING TRIAL DATE
*United States v. Peterson*, CR16-150-RSL - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

4. A failure to order a continuance in this case would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS THEREFORE ORDERED that the trial date in this matter shall be continued to January 19, 2017.

DATED this 19th day of January, 2017.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER CONTINUING TRIAL DATE
*United States v. Peterson*, CR16-150-RSL - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970