UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

KEVIN TERRELL PETERSON,

Defendant.

No. CR16-150RSL

FINDINGS OF FACT AND CONCLUSIONS OF LAW REGARDING STIPULATED-FACTS BENCH TRIAL

The United States charged defendant Kevin Terrell Peterson with one count of being a felon in possession of a firearm under 18 U.S.C. § 922(g)(1). On January 19, 2017, the Court conducted a stipulated-facts bench trial. The Court issues the following findings of fact and conclusions of law in support of the decision rendered from the bench in that trial.

Having fully considered the stipulated facts presented by the parties and Mr. Peterson's knowing and voluntary waiver of a jury trial and the attendant rights, the Court finds beyond a reasonable doubt that:

1. On August 14, 2015, in the parking lot of the Valley View Elementary School located at South 177th Street and 46th Avenue South, Seatac, Washington, Mr. Peterson possessed a firearm;

FINDINGS OF FACT AND CONCLUSIONS OF LAW
REGARDING STIPULATED-FACTS BENCH TRIAL - 1

2. That firearm had been transported in interstate commerce prior to August 14, 2015;

3. At the time Mr. Peterson possessed this firearm, he had twice been convicted of crimes punishable by imprisonment for a term exceeding one year in King County Superior Court.

Accordingly, the Court finds Mr. Peterson GUILTY of Count 1 as charged in the indictment.

DATED this 19th day of January, 2017.

*[signature]*

Robert S. Lasnik
United States District Judge

FINDINGS OF FACT AND CONCLUSIONS OF LAW
REGARDING STIPULATED-FACTS BENCH TRIAL - 2