The Hon. Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>KEVIN TERRELL PETERSON,<br><br>Defendant. | NO. CR16-150RSL<br><br>**AMENDED ORDER** |

This matter having come before the Court on the unopposed Government's Motion to Dismiss Pending Supervised Release Violations and Terminate Supervision, and the Court having reviewed the same:

IT IS ORDERED that the supervised release violations set forth in the Petitions dated April 6, 2021 and October 1, 2021, are hereby dismissed and supervision is terminated.

DATED this  20th  day of January, 2022.

ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:
*Stephen Hobbs*
STEPHEN HOBBS
Assistant United States Attorney

ORDER - 1
CR16-150RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970